UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Betty Ashmore, | Case No. 1:09-cv-09005-JGK |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Admin Recovery, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Maria Coen*
Maria Coen, Esq. (Bar No. 7312)
420 Lexington Avenue, Suite 2132
New York, NY 10170
Tel:  1.866.339.1156
Fax: 1.312.822.1064
coe@legalhelpers.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*